IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JAMES DARWIN CARTER,

    Plaintiff,

VS.                                    CASE NO: 2:16-CV-00353-TRM-MCLC

USAA PROPERTY AND CASUALTY COMPANY

    Defendant.

## NOTICE OF SETTLEMENT

The parties herein notify the court that the parties have reached a resolution to the pending matter and all appropriate documents shall be filed with the Court evidencing same within the next 30 days.

                                    Respectfully Submitted,

/s/ David N. Darnell
David N. Darnell BPR 018614
Dean Greer & Associates
Attorney for the Plaintiff
2809 E. Center St.
Kingsport, TN 37664
(423) 246-1988

/s/ Mark A. Fulks w/p given on 2/24/2017 to sign /s/ David N. Darnell

_____
Mark A. Fulks (BPR 019387)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Attorney for USAA
100 Med Tech Pkwy, Ste 200
Johnson City, TN 37604
(423) 975-7655