IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

**JAMES DARWIN CARTER,**

    Plaintiff,

VS.                                  CASE NO: 2:16-CV-00353-TRM-MCLC

**USAA PROPERTY AND CASUALTY COMPANY**

    Defendant.

**STIPULATION OF DISMISSAL**

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Approved for Entry:

DEAN GREER & ASSOCIATES

BY: /s/ David N. Darnell
David N. Darnell (018614)
Attorney for the Plaintiff
2809 E. Center St.
Kingsport, TN 37664
(423) 246-1988

/s/ Mark A. Fulks w/p given 3/20/2017 by /s/ David N. Darnell
Mark A. Fulks (BPR 019387)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Attorney for USAA
100 Med Tech Pkwy, Ste 200
Johnson City, TN 37604
(423) 975-7655